## AUBERGER v INDUSTRIAL COMMISSION

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 16, 1930

For full opinion see 175 NE 628; 38 Oh Ap 203 (Oh Bar 6-13-31).

## DRISCOLL v BUETTNER et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Jan 19, 1931

For full opinion see 175 NE 893; 38 Oh Ap 210 (Oh Bar 6-16-31).

## PRYSI v KINSEY

Ohio Appeals, 5th Dist, Tuscarawas Co
Decided Dec 18, 1930

For full opinion see 175 NE 707; 38 Oh Ap 92 (Oh Bar 5-26-31).